MELINDA HAAG (CSBN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:    (415) 436-7063
 Fax:              (415) 436-6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE REYNOSO, ) | |
|         Plaintiff, ) | No. C-10-00098 SC |
|     v. ) | STIPULATION TO EXTEND PERIOD TO CALCULATE INTEREST AND [~~Proposed~~] ORDER |
| UNITED STATES OF AMERICA, ) | |
|         Defendant. ) | |

    1.    On December 21, 2010, the Court granted summary judgment in favor of the government in the above-captioned matter.

    2.    The Court incorporated into its order the requirement that the parties meet and confer to determine the amount of interest on the remaining amount due plaintiff.

    3.    The Court further ordered the parties to provide a joint or separate declaration within ten days of its order.

    4.    Counsel for the government will be out of the Country for the period December 23, 2010 to January 3, 2011.

    5.    The government will require the coordination of the Internal Revenue Service to complete the interest calculation for purposes of judgment.

    6.    Accordingly, the parties stipulate and respectfully request the Court to extend the period to calculate interest and file their joint or respective declarations until Tuesday, January 18, 2011.

1
2
3                                    Respectfully submitted,
4
                                     MELINDA HAAG
5                                    United States Attorney

6                                    _____/s_____
                                     BLAKE D. STAMM
7                                    Assistant United States Attorney

8
                                     _____/s_____
9                                    PAUL HAM
                                     Attorney for Plaintiff, Jose Reynoso
10
11
12
13   SO ORDERED, this __ 27 __ day of _ Dec. _____, 2010.
14                                   _____
                                     THE HONORABLE SAMUEL CONTI
15                                   United States District Judge
                                     Northern District of California
16

Stip To Extend Period To Calculate
Interest & [~~proposed~~] Order (C-10-0098-SC)        2