MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:   (415) 436-7000
 Fax:             (415) 436-7009

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JOSE REYNOSO, | ) | Case No. C 10-00098-SC |
| Plaintiff, | ) ) ) | STIPULATION FOR BRIEFING SCHEDULE AND [PROPOSED] ORDER |
| v. | ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

The parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. On April 15, 2011, the Court held a hearing on Plaintiff's Motion for Attorney's Fees. After that hearing, the Court ordered the parties to take the deposition of Plaintiff, Jose Reynoso, and submit the deposition, along with any final arguments, to the Court.

2. Accordingly, the parties hereby stipulate that the deposition, along with any final argument, will be submitted by the Plaintiff, by June 10, 2011; that the Defendant, United States

//
//
//
//
//

1  of America, will file its opposition, if any, by July 1, 2011; and Plaintiff will file his Reply, if
2  any, by July 8, 2011.

4  SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

7  Date: May 16, 2011                   /s/
                              CYNTHIA STIER
                              Assistant United States Attorney
                              Tax Division

                              Attorneys for United States of America

Date: May 23, 2011                  s /
                              PAUL HAM
                              Ham Law Firm
                              50 California Street
                              San Francisco, CA 94111
                              415-713-5690

**SO ORDERED**:

Dated: May 24, 2011          _____
                              THE HONORABLE SAMUEL CONTI
                              UNITED STATES DISTRICT JUDGE

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" — Judge Samuel Conti, signed]*

Jose Reynoso v. US, Case No.10-00098-SC
Stipulation for Briefing Schedule and
[Proposed] Order         2