MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7017
 Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE REYNOSO, | No. C-10-00098 SC |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. Counsel (Blake Stamm) for defendant, United States of America, has been away from work for health reasons and requests an extension until July 7, 2011, to file the Opposition to Plaintiff's Statement of Net Worth.

2. The Plaintiff will file his Reply, if any, by July 21, 2011.

SO STIPULATED:

                                           MELINDA HAAG
                                           United States Attorney

Dated: June 30, 2011          /s/ Thomas Moore
                                           Assistant United States Attorney
                                           Chief, Tax Division

                                           Attorney's for United States of America

Dated: June 30, 2011          /s/ Paul Hamm
                                           PAUL HAM
                                           Attorney for Plaintiff

SO ORDERED:

Dated: 7/5/11                           _____
                                           UNITED STATES DISTRICT JUDGE

[IT IS SO ORDERED — Judge Samuel Conti]